Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Hannah E. Dawson (MA No. 707091)*
hdawson@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

* Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHERINE ZIPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTLAND LEATHER GOODS, LLC and PORTLAND LEATHER GOODS, INC.,<br><br>Defendants. | Case No. 3:25-cv-01156-MO<br><br>**STIPULATION TO STAY** |

WHEREAS, Plaintiff's counsel has filed a similar action, *Lyden v. Portland Leather Goods, Inc. et al* (No. 2:25-cv-01835-AS) (C.D. Cal.) (the "*Lyden* matter"), pending in the United States District Court for the Central District of California against the same Defendants, who are represented by the same counsel in that action;

WHEREAS, the Parties wish to avoid duplication of effort and conserve judicial resources in light of the considerable overlap of the legal and factual issues presented in this action and the *Lyden* matter;

WHEREAS, the Parties therefore stipulate to stay this action pending the court's resolution of the motion for class certification in the *Lyden* matter.

IT IS HEREBY STIPULATED AND AGREED by their respective counsel that this action shall be stayed pending the resolution of the motion for class certification in *Lyden v. Portland Leather Goods, Inc. et al* (No. 2:25-cv-01835-AS) (C.D. Cal.). During the stay, all case deadlines and hearings should be vacated. Within 14 days after the Central District of California court issues its order resolving the motion for class certification, the Parties shall file a joint status report advising whether the stay should be lifted.

Dated: August 21, 2026

Respectfully submitted,

By: /s/ Jonas Jacobson
Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Hannah E. Dawson (MA 707091)*
hdawson@dovel.com
DOVEL & LUNER, LLP

201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

* Admitted Pro Hac Vice

Dated: August 21, 2026

Respectfully submitted,

By: _/s/ *Jay T. Ramsey*_______

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Calon Nye Russell (OSB No. 094910)
crussell@sheppardmullin.com
4 Embarcadero Ctr, Ste. 1700
San Francisco, CA 94111
Telephone: (415) 774-3159

Jay T. Ramsey, *admitted pro hac vice*
jramsey@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-2259

Dane C. Brody Chanove, *pro hac vice forthcoming*
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

*Attorneys for Defendants*